1228

No. 11–8491. SNOW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–1544. UNITED STATES *v.* NAM VAN HOANG. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–40. UNITED STATES *v.* VALVERDE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 11–190. PUERTO RICO BAR ASSN. *v.* COMMONWEALTH OF PUERTO RICO ET AL. Sup. Ct. P. R. Certiorari denied. JUSTICE SOTOMAYOR would grant the petition for writ of certiorari.

No. 11–385. UNITED STATES *v.* VALDEZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–611. UNITED STATES *v.* TRENT. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–684. ROBERT *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–685. HIGHWAY J CITIZENS GROUP, U. A. *v.* VILLAGE OF RICHFIELD, WISCONSIN. Ct. App. Wis. Motion of National Tax Limitation Committee et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 11–705. STAR NORTHWEST, INC., DBA KENMORE LANES ET AL. *v.* CITY OF KENMORE, WASHINGTON, ET AL. Ct. App. Wash. Motion of Recreational Gaming Association of Washington for leave to file a brief as *amicus curiae* denied. Certiorari denied.